**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>    Defendants. | Case No. 2:12-CV-02820-TLN -CKD<br>Hon. Troy L. Nunley<br><br>**ORDER TO DISMISS CERTAIN UNDERWRITERS, ERRONEOUSLY SUED AS LLOYD'S OF LONDON**<br><br>Complaint Filed:   November 16, 2012<br>Trial Date:          No Date Set |

Pursuant to stipulation of Plaintiff ST. PAUL FIRE MERCURY INSURANCE COMPANY and Defendants LLOYD'S KENTUCKY, INC. and CERTAIN UNDERWRITERS AT LLOYDS LONDON SUBSCRIBING TO POLICIES JJO6560W/ME910010W; LSP0196-00; LSP0196-01; LSP0196-02; LSP0196-03; LSP0196-04; LSP0196-05; and LSP0196-06, erroneously sued and served as LLOYD'S OF LONDON ("UNDERWRITERS") and good cause existing therefore,

1
2      **IT IS HEREBY ORDERED** that defendant UNDERWRITERS only may be dismissed
3 without prejudice, with each party to bear their own costs and fees.
4
5 Dated:  July 5, 2013
6
7                                           Troy L. Nunley
                                          United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28