# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; ALLIED INSURANCE COMPANY, a Pennsylvania corporation; AMCO INSURANCE COMPANY, an Iowa corporation; AMERICAN HOME ASSURANCE COMPANY, a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; AMERICAN SAFETY CLAIMS SERVICES, a Georgia corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; AMERICAN SAFETY INSURANCE COMPANY, a Georgia corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; ASSURANCE COMPANY OF AMERICA, a New York corporation; AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation; CATALINA HOLDINGS (BERMUDA) LTD, a New York corporation; CENTURY SURETY COMPANY, an Ohio corporation; CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation; CLARENDON AMERICA INSURANCE COMPANY,  New Jersey corporation; EVEREST INDEMNITY COMPANY, a Delaware corporation; EVEREST NATIONAL INSURANCE | Case No. 2:12-cv-02820-TLN-CKD<br>Hon. Troy L. Nunley<br><br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** (L.R. 8-3)<br><br>Complaint Served: December 27, 2012<br>Current Response Date: Indefinite Extension<br>New Response Date: August 30, 2013 |

| | |
|---|---|
| 1  | COMPANY, a Delaware corporation; FARMER'S INSURANCE COMPANY, a Kansas corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; FIRST MERCURY INSURANCE COMPANY; an Illinois corporation; GOLDEN EAGLE INSURANCE CORPORATION, a New Hampshire corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; HARTFORD INSURANCE COMPANY, an Indiana corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; INSCORP, New York corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LLOYD'S OF LONDON, a Kentucky corporation; LUMBERMENS MUTUAL CASUALTY COMPANY, an Illinois corporation; MARYLAND CASUALTY COMPANY; a Maryland corporation; NATIONAL UNION FIRE INSURANCE COMPANY, a Pennsylvania corporation; NATIONWIDE INSURANCE COMPANY, a Wisconsin corporation; NAVIGATORS INSURANCE COMPANY; a New York corporation; NIC INSURANCE COMPANY, a New York corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; PENNSYLVANIA GENERAL ACCIDENT INSURANCE COMPANY, a Pennsylvania corporation; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation; PROBUILDERS SPECIALTY INSURANCE, a District of Colombia corporation; STATE NATIONAL INSURANCE COMPANY, a Texas corporation; STEADFAST INSURANCE COMPANY, a Delaware corporation; VALIANT INSURANCE COMPANY, a Delaware corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation and does 1-10, inclusive | |

|   |   |
|---|---|
| 1 | Defendants. |
| 2 |   |

3  1.  On stipulation of the parties and having found that good cause exists to extend the time for Farmers Insurance Company to respond to the Complaint, it is hereby **ORDERED** that:

2.  The time for Farmers Insurance Company to respond to the Complaint is hereby extended to August 30, 2013.

**IT IS SO ORDERED**

DATED: August 15, 2013

                                       Troy L. Nunley
                                       United States District Judge