UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>Defendants. | No. 12-cv-2820 TLN-CKD<br><br>**ORDER** |

This matter is before the court on Plaintiff St. Paul Mercury Insurance Company's Motion to Amend the Complaint.[1] (ECF No. 191.) Each Defendant has filed a statement of a non-opposition. (See ECF Nos. 201–208.) Pursuant to Federal Rule of Civil Procedure 15(a)(2), which provides that "a party may amend its pleading . . . with the other parties written consent," Plaintiff's motion is GRANTED.

Dated: October 18, 2013

Troy L. Nunley
United States District Judge

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

1