**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-CV-02820 TLN (CKD)<br><br>**STIPULATION TO DISMISS CERTAIN CLAIMS ONLY AGAINST DEFENDANT FIRST MERCURY INSURANCE COMPANY:  ORDER**<br><br>Complaint Filed:   November 16, 2012<br>Trial Date:            July 13, 2015 |

IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant FIRST MERCURY INSURANCE COMPANY ("FIRST MERCURY") through their designated counsel that allegations regarding Easy Lift Door, International Fire Equipment and THR & Sons, specifically paragraphs 100, 101, 103, 210, 211 and 213 only of ST. PAUL's First Amended Complaint against FIRST MERCURY be and hereby are dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

Both Plaintiff ST. PAUL and Defendant FIRST MERCURY further stipulate to bear their own costs and fees.

Dated: October 28, 2013          **THE AGUILERA LAW GROUP, APLC**

            /s/ Scott La Salle
A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: October 28, 2013          **MUSICK, PEELER & GARRETT LLP**

            /s/ Alex H. Aharonian
Alex H. Aharonian
Attorneys for Defendant FIRST MERCURY INSURANCE COMPANY

## ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant FIRST MERCURY and good cause existing therefore,

**IT IS HEREBY ORDERED** that paragraphs 100, 101, 103, 210, 211 and 213  only of ST. PAUL's First Amended Complaint against defendant FIRST MERCURY may be dismissed without prejudice, with each party to bear their own costs and fees.

Dated: October 30, 2013

Troy L. Nunley
United States District Judge