**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguilergroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>  Plaintiff,<br><br>  v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>  Defendants. | Case No. 2:12-CV-02820 TLN (CKD)<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN CLAIMS ONLY AGAINST DEFENDANT ARCH SPECIALTY INSURANCE COMPANY**<br><br>Complaint Filed:  November 16, 2012<br>Trial Date:  July 13, 2015 |

  IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant ARCH SPECIALTY INSURANCE COMPANY ("ARCH") through their designated counsel that allegations regarding Beutler Corp., Air Design, Delta Drywall, Ferrari Plumbing, G.R. Grading, General Construction Works, Heritage Marble and Redline Drywall, specifically paragraphs 67, 69-74, 77, 177, 179-184 and 187 only of ST. PAUL's First Amended Complaint against ARCH be and hereby are dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

Both Plaintiff ST. PAUL and Defendant ARCH further stipulate to bear their own costs and fees.

Dated: October 29, 2013          **THE AGUILERA LAW GROUP, APLC**


                                 _/s/ Scott La Salle_

                                 A. Eric Aguilera
                                 Scott La Salle
                                 Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY


Dated: October 29, 2013          **SELMAN & BREITMAN LLP**


                                 _/s/ Hee Sung Yoon_
                                 Gregory J. Newman
                                 Hee Sung Yoon
                                 Attorneys for Defendant ARCH SPECIALTY INSURANCE COMPANY


### ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant ARCH and good cause existing therefore,

**IT IS HEREBY ORDERED** that paragraphs 67, 69-74, 77, 177, 179-184 and 187 only of ST. PAUL's First Amended Complaint against defendant ARCH may be dismissed without prejudice, with each party to bear their own costs and fees.

Dated: October 31, 2013

_____
Troy L. Nunley
United States District Judge

2
CASE NO. 2:12-CV-02820-TLN-CKD
STIPULATION AND ORDER TO DISMISS CERTAIN ALLEGATIONS AGAINST ARCH