**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>          Plaintiff,<br><br>     v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>          Defendants. | Case No. 2:12-CV-02820 TLN (CKD)<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN CLAIMS ONLY AGAINST DEFENDANT CENTURY SURETY COMPANY**<br><br>Complaint Filed:   November 16, 2012<br>Trial Date:           July 13, 2015 |

   IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant CENTURY SURETY COMPANY ("CENTURY") through their designated counsel that allegations regarding Gold Star Insulation, specifically paragraphs 82 and 192 only of ST. PAUL's First Amended Complaint against CENTURY be and hereby are dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

Both Plaintiff ST. PAUL and Defendant CENTURY further stipulate to bear their own costs and fees.

Dated: November 12, 2013          **THE AGUILERA LAW GROUP, APLC**

_/s/ Scott La Salle_

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: November 12, 2013          **WOOLS & PEER**

_/s/ Lisa Darling-Alderton_
Lisa Darling-Alderton
Attorneys for Defendant CENTURY SURETY COMPANY

## ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant CENTURY and good cause existing therefore,

**IT IS HEREBY ORDERED** that paragraphs 82 and 192 only of ST. PAUL's First Amended Complaint against defendant CENTURY may be dismissed without prejudice, with each party to bear their own costs and fees.

Dated: November 12, 2013

Troy L. Nunley
United States District Judge