**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguilagroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-CV-02820 TLN (CKD)<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN ALLEGATIONS ONLY AGAINST DEFENDANT NORTHERN INSURANCE COMPANY OF NEW YORK**<br><br>Complaint Filed:   November 16, 2012<br>Trial Date:          July 13, 2015 |

IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant NORTHERN INSURANCE COMPANY OF NEW YORK ("NORTHERN") through their designated counsel that certain allegations pertaining to Sacramento A-1 Door, specifically only paragraphs 153 and 252 of ST. PAUL's First Amended Complaint that relate to NORTHERN policy number CMM31517619 effective July 1, 2001 to July 1, 2002, be and hereby are dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

1    Both Plaintiff ST. PAUL and Defendant NORTHERN further stipulate to bear their own
2 costs and fees.

3 Dated: November 18, 2013            **THE AGUILERA LAW GROUP, APLC**

                                     _/s/ Scott La Salle_
                                     A. Eric Aguilera
                                     Scott La Salle
                                     Attorneys for Plaintiff ST. PAUL FIRE AND MARINE
                                     INSURANCE COMPANY

10 Dated: November 18, 2013           **SINNOTT, PUEBLA, CAMPAGNE & CURUT, APLC**

                                     _/s/ Quyen Thi Le_
                                     Blaise S. Curet
                                     Quyen Thi Le
                                     Attorneys for Defendants ASSURANCE COMPANY OF
                                     AMERICA, MARYLAND CASUALTY COMPANY,
                                     NORTHERN INSURANCE COMPANY OF NEW YORK,
                                     STEADFAST INSURANCE COMPANY, and ZURICH
                                     AMERICAN INSURANCE COMPANY, separately and as
                                     successor to VALIANT INSURANCE COMPANY

## **ORDER**

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant NORTHERN and good cause existing therefore,

**IT IS HEREBY ORDERED** that NORTHERN is dismissed without prejudice as to paragraphs 153 and 252 only of ST. PAUL's First Amended Complaint filed by ST. PAUL on October 25, 2013, with each party to bear their own costs and fees related to paragraphs 148 and 247 of the First Amended Complaint.

Dated: November 20, 2013

                                     Troy L. Nunley
                                     United States District Judge