**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>    Defendants. | Case No. 2:12-CV-02820 TLN (CKD)<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN ALLEGATIONS ONLY AGAINST DEFENDANT MARYLAND CASUALTY COMPANY**<br><br>Complaint Filed:   November 16, 2012<br>Trial Date:             July 13, 2015 |

    IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant MARYLAND CASUALTY COMPANY ("MARYLAND") through their designated counsel that certain allegations pertaining to B. Crew, Inc., specifically only paragraphs 148 and 247 of ST. PAUL's First Amended Complaint that relate to MARYLAND policy number SCP 37869022 issued to B. Crew, Inc. for the annual policy periods from April 2, 2002 to April 4, 2005, be and hereby are dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

Both Plaintiff ST. PAUL and Defendant MARYLAND further stipulate to bear their own costs and fees.

Dated: November 18, 2013          **THE AGUILERA LAW GROUP, APLC**

_/s/ Scott La Salle_

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: November 18, 2013          **SINNOTT, PUEBLA, CAMPAGNE & CURUT, APLC**

_/s/ Quyen Thi Le_

Blaise S. Curet
Quyen Thi Le
Attorneys for Defendants ASSURANCE COMPANY OF AMERICA, MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, STEADFAST INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY, separately and as successor to VALIANT INSURANCE COMPANY

## **ORDER**

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant MARYLAND and good cause existing therefore,

**IT IS HEREBY ORDERED** that MARYLAND is dismissed without prejudice as to paragraphs 148 and 247 only of ST. PAUL's First Amended Complaint filed by ST. PAUL on October 25, 2013, with each party to bear their own costs and fees related to paragraphs 148 and 247 of the First Amended Complaint.

Dated: November 20, 2013

Troy L. Nunley
United States District Judge