**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>　　　　　Defendants. | Case No. 2:12-CV-02820 TLN (CKD)<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN ALLEGATIONS ONLY AGAINST DEFENDANT ZURICH AMERICAN INSURANCE COMPANY**<br><br>Complaint Filed:　November 16, 2012<br>Trial Date:　　　　July 13, 2015 |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant ZURICH AMERICAN INSURANCE COMPANY ("ZURICH") through their designated counsel that certain allegations pertaining to Gold Star Insulation, Inc., specifically only paragraphs 149 and 248 of ST. PAUL's First Amended Complaint that relate to ZURICH policy number GLO 9139527-01 effective October 1, 2007 to October 1, 2008, be and hereby are dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

Both Plaintiff ST. PAUL and Defendant ZURICH further stipulate to bear their own costs and fees.

Dated: November 18, 2013            **THE AGUILERA LAW GROUP, APLC**

*/s/ Scott La Salle*

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: November 18, 2013            **SINNOTT, PUEBLA, CAMPAGNE & CURUT, APLC**

*/s/ Quyen Thi Le*

Blaise S. Curet
Quyen Thi Le
Attorneys for Defendants ASSURANCE COMPANY OF AMERICA, MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, STEADFAST INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY, separately and as successor to VALIANT INSURANCE COMPANY

## ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant ZURICH and good cause existing therefore,

**IT IS HEREBY ORDERED** that ZURICH is dismissed without prejudice as to paragraphs 149 and 248 only of ST. PAUL's First Amended Complaint filed by ST. PAUL on October 25, 2013, with each party to bear their own costs and fees related to paragraphs 149 and 248 of the First Amended Complaint.

Dated: November 20, 2013

Troy L. Nunley
United States District Judge