**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>　　　　Defendants. | Case No. 2:12-CV-02820 TLN (CKD)<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN ALLEGATIONS ONLY AGAINST DEFENDANT ASSURANCE COMPANY OF AMERICA**<br><br>Complaint Filed:　November 16, 2012<br>Trial Date:　　　　July 13, 2015 |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant ASSURANCE COMPANY OF AMERICA ("ASSURANCE") through their designated counsel that certain allegations pertaining to Larry D. Pettibone, specifically only paragraphs 79 and 189 of ST. PAUL's First Amended Complaint that relate to ASSURANCE policy number SCP38458767 effective July 12, 2001 to July 12, 2003, be and hereby are dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

Both Plaintiff ST. PAUL and Defendant ASSURANCE further stipulate to bear their own costs and fees.

Dated: November 18, 2013　　　　**THE AGUILERA LAW GROUP, APLC**

　　　　　　　　　　　　　　　　　*/s/ Scott La Salle*

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: November 18, 2013　　　　**SINNOTT, PUEBLA, CAMPAGNE & CURUT, APLC**

　　　　　　　　　　　　　　　　　*/s/ Quyen Thi Le*
Blaise S. Curet
Quyen Thi Le
Attorneys for Defendants ASSURANCE COMPANY OF AMERICA, MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, STEADFAST INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY, separately and as successor to VALIANT INSURANCE COMPANY

## **ORDER**

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant ASSURANCE and good cause existing therefore,

**IT IS HEREBY ORDERED** that ASSURANCE is dismissed without prejudice as to paragraphs 79 and 189 only of ST. PAUL's First Amended Complaint filed by ST. PAUL on October 25, 2013, with each party to bear their own costs and fees related to paragraphs 148 and 247 of the First Amended Complaint.

Dated: November 20, 2013

_____
Troy L. Nunley
United States District Judge