1  **THE AGUILERA LAW GROUP, APLC**
2  A. Eric Aguilera (SBN 192390)
   Scott La Salle (SBN 188287)
3  650 Town Center Drive
   Suite 100
4  Costa Mesa, CA 92626
5  T: 714-384-6600 / F: 714-384-6601
   eaguilera@aguileragroup.com
6  slasalle@aguileragroup.com
7
   Attorney for Plaintiff
8  ST. PAUL MERCURY INSURANCE COMPANY

9

10                    **UNITED STATES DISTRICT COURT**

11          **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

12

13 | ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation | Case No. 2:12-CV-02820 TLN (CKD) |
14 | Plaintiff, | **STIPULATION AND ORDER TO DISMISS DEFENDANT VALIANT INSURANCE COMPANY ONLY** |
15 | v. | |
16 | ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al., | |
17 | | |
18 | Defendants. | Complaint Filed:  November 16, 2012
               |              | Trial Date:       July 13, 2015 |
19

20

21   IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY
22 INSURANCE COMPANY ("ST. PAUL") and Defendant VALIANT INSURANCE COMPANY
23 ("VALIANT") through their designated counsel that defendant VALIANT only, be and hereby is
24 dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

25
26
27
28

Both Plaintiff ST. PAUL and Defendant VALIANT further stipulate to bear their own costs and fees.

Dated: November 18, 2013			**THE AGUILERA LAW GROUP, APLC**

					_/s/ Scott La Salle_

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: November 18, 2013			**SINNOTT, PUEBLA, CAMPAGNE & CURUT, APLC**

					_/s/ Quyen Thi Le_
Blaise S. Curet
Quyen Thi Le
Attorneys for Defendants ASSURANCE COMPANY OF AMERICA, MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, STEADFAST INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY, separately and as successor to VALIANT INSURANCE COMPANY

## **ORDER**

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant VALIANT and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendant VALIANT only, may be dismissed without prejudice, with each party to bear their own costs and fees.

Dated: November 20, 2013

					Troy L. Nunley
					United States District Judge