1  **THE AGUILERA LAW GROUP, APLC**
2  A. Eric Aguilera (SBN 192390)
   Scott La Salle (SBN 188287)
3  650 Town Center Drive
   Suite 100
4  Costa Mesa, CA 92626
5  T: 714-384-6600 / F: 714-384-6601
   eaguilera@aguileragroup.com
6  slasalle@aguileragroup.com
7
   Attorney for Plaintiff
8  ST. PAUL MERCURY INSURANCE COMPANY
9

10              **UNITED STATES DISTRICT COURT**

11         **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

12

13 | ST. PAUL MERCURY INSURANCE | Case No. 2:12-CV-02820 TLN (CKD) |
   | COMPANY, a Minnesota corporation |
14 |                                |
   |            Plaintiff,          | **STIPULATION AND ORDER TO DISMISS**
15 |                                | **CERTAIN CLAIMS ONLY AGAINST**
   |               v.               | **DEFENDANT AMCO INSURANCE**
16 |                                | **COMPANY**
   | ACE AMERICAN INSURANCE         |
17 | COMPANY, a Pennsylvania corporation; |
   | et al.,                        |
18 |                                |
   |          Defendants.           | Complaint Filed:  November 16, 2012
19 |                                | Trial Date:       July 13, 2015

20

21

22      IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY

23  INSURANCE COMPANY ("ST. PAUL") and Defendant AMCO INSURANCE COMPANY

24  ("AMCO"), through their designated counsel that allegations regarding Dugmar Light House,

25  specifically paragraphs 55 and 165 only of ST. PAUL's First Amended Complaint against AMCO

26  be and hereby are dismissed without prejudice from the above-captioned action pursuant to FRCP

27  41(a)(1).

28

Both Plaintiff ST. PAUL and Defendant AMCO further stipulate to bear their own costs and fees.

Dated: December 6, 2013          **THE AGUILERA LAW GROUP, APLC**

_____/s/ Scott La Salle_____

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: December 6, 2013          **PORTER / SCOTT**

_____/s/ Christopher M. Egan_____
Christopher M. Egan
Attorneys for Defendant AMCO INSURANCE COMPANY

### ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant AMCO and good cause existing therefore,

**IT IS HEREBY ORDERED** that paragraphs 55 and 165 only of ST. PAUL's First Amended Complaint against defendant AMCO may be dismissed without prejudice, with each party to bear their own costs and fees.

Dated: December 19, 2013

Troy L. Nunley
United States District Judge