**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>        Plaintiff,<br><br>    v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>        Defendants. | Case No. 2:12-CV-02820 TLN (CKD)<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT CENTURY SURETY COMPANY ONLY**<br><br>Complaint Filed:   November 16, 2012<br>Trial Date:           July 13, 2015 |

IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant CENTURY SURETY COMPANY ("CENTURY SURETY"), through their designated counsel that defendant CENTURY SURETY be and hereby is dismissed with prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

///

///

Both Plaintiff ST. PAUL and Defendant CENTURY SURETY further stipulate to bear their own costs and fees.

Dated: March 20, 2014                    **THE AGUILERA LAW GROUP, APLC**

                                         */s/ Scott La Salle*

                                         A. Eric Aguilera
                                         Scott La Salle
                                         Attorneys for Plaintiff ST. PAUL FIRE AND MARINE
                                         INSURANCE COMPANY

Dated: March 20, 2014                    **WOOLS & PEER**

                                         */s/ Lisa Darling-Alderton*
                                         Lisa Darling-Alderton
                                         Attorneys for Defendant  CENTURY SURETY COMPANY

### ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant CENTURY SURETY, and good cause existing therefore,

**IT IS HEREBY ORDERED** that CENTURY SURETY may be dismissed with prejudice, with each party to bear their own costs and fees.

Dated: April 10, 2014

                                         Troy L. Nunley
                                         United States District Judge