1

**THE AGUILERA LAW GROUP, APLC**

2

A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)

3

650 Town Center Drive

4

Suite 100
Costa Mesa, CA 92626

5

T: 714-384-6600 / F: 714-384-6601

6

eaguilera@aguileragroup.com
slasalle@aguileragroup.com

7

8

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

11

12

ST. PAUL MERCURY INSURANCE
COMPANY, a Minnesota corporation

Case No. 2:12-CV-02820-TLN -CKD
Hon. Troy L. Nunley

13

14

Plaintiff,

**ORDER TO DISMISS FINANCIAL
PACIFIC INSURANCE COMPANY**

15

v.

16

ACE AMERICAN INSURANCE
COMPANY, a Pennsylvania corporation;
et al.,

17

Complaint Filed:      November 16, 2012
Trial Date:              July 13, 2015

18

Defendants.

19

     Pursuant to stipulation of Plaintiff ST. PAUL FIRE MERCURY INSURANCE

20

COMPANY and Defendant FINANCIAL PACIFIC INSURANCE COMPANY and good cause

21

existing therefore,

22

    **IT IS HEREBY ORDERED** that defendant FINANCIAL PACIFIC INSURANCE

23

COMPANT only is dismissed with prejudice, with each party to bear their own costs and fees.

24

Dated: April 10, 2014

25

26

27

    Troy L. Nunley

28

    United States District Judge

CASE NO. 2:12-CV-02820-TLN-CKD
ORDER TO DISMISS FINANCIAL PACIFIC