**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>  Plaintiff,<br><br>  v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>  Defendants. | Case No. 2:12-CV-02820-TLN -CKD<br>Hon. Troy L. Nunley<br><br>**ORDER TO DISMISS FIRST MERCURY INSURANCE COMPANY**<br><br>Complaint Filed:  November 16, 2012<br>Trial Date:       July 13, 2015 |

Pursuant to stipulation of Plaintiff ST. PAUL MERCURY INSURANCE COMPANY and Defendant FIRST MERCURY INSURANCE COMPANY and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendant FIRST MERCURY INSURANCE COMPANY only is dismissed with prejudice, with each party to bear their own costs and fees.

Dated: May 22, 2014

_____
Troy L. Nunley
United States District Judge