**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>　　　　　Defendants. | Case No. 2:12-CV-02820-TLN -CKD<br>Hon. Troy L. Nunley<br><br>**ORDER TO DISMISS INTERSTATE FIRE & CASUALTY COMPANY**<br><br><br>Complaint Filed:　November 16, 2012<br>Trial Date:　　　　July 13, 2015 |

　　Pursuant to stipulation of Plaintiff ST. PAUL MERCURY INSURANCE COMPANY and Defendant INTERSTATE FIRE & CASUALTY COMPANY and good cause existing therefore,

　　**IT IS HEREBY ORDERED** that defendant INTERSTATE FIRE & CASUALTY COMPANT only is dismissed with prejudice, with each party to bear their own costs and fees.


Dated:  October 2, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge