**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>Defendants. | Case No. 2:12-CV-02820 TLN (CKD)<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN ALLEGATIONS ONLY AGAINST DEFENDANT CLARENDON AMERICA INSURANCE COMPANY**<br><br>Complaint Filed:   November 16, 2012<br>Trial Date:            July 13, 2015 |

　　　IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant CLARENDON AMERICA INSURANCE COMPANY ("CLARENDON") through their designated counsel that certain allegations pertaining to Liberty Bell Alarm Company, Inc., specifically only paragraphs 89 and 199 of ST. PAUL's First Amended Complaint, be and hereby are dismissed with prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

///

Both Plaintiff ST. PAUL and Defendant CLARENDON further stipulate to bear their own costs and fees concerning certain allegations pertaining to Liberty Bell Alarm Company, Inc., specifically only paragraphs 89 and 199 of ST. PAUL's First Amended Complaint.

Dated: June 25, 2014               **THE AGUILERA LAW GROUP, APLC**

                                    */s/ Scott La Salle*
                                   A. Eric Aguilera
                                   Scott La Salle
                                   Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: June 25, 2014               **YARON & ASSOCIATES**

                                    */s/ Jenna E. Settino*
                                   Jenna E. Settino
                                   Attorneys for Defendant CLARENDON AMERICA INSURANCE COMPANY (with respect to Policy Number HXA0000423 issued to Liberty Bell Alarm Company, inc. only)

## **ORDER**

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant CLARENDON and good cause existing therefore,

**IT IS HEREBY ORDERED** that paragraphs 89 and 199 only of ST. PAUL's First Amended Complaint filed by ST. PAUL on October 25, 2013, against CLARENDON are dismissed with prejudice, with each party to bear their own costs and fees related to paragraphs 89 and 199 of the First Amended Complaint.

Dated: October 30, 2014

Troy L. Nunley
United States District Judge