1  RAMIRO MORALES, Bar No.167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar No. 196096
   dastengo@mfrlegal.com
3  MORALES FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
4  Pleasant Hill, CA 94523
   Telephone: (925) 288-1776
5  Facsimile: (925) 288-1856

6  Attorneys for Defendants, ACE AMERICAN INSURANCE
   COMPANY and ILLINOIS UNION INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                       (SACRAMENTO DIVISION)

11

12  ST. PAUL MERCURY INSURANCE          )   CASE NO.: 2:12-CV-02820-TLN-CKD
    COMPANY, a Minnesota corporation,   )
13                                       )
                                         )   **STIPULATION AND ORDER**
14              Plaintiff,               )   **EXTENDING DISPOSITIVE MOTION**
                                         )   **DEADLINES IN THE PRETRIAL**
15          vs.                          )   **SCHEDULING ORDER**
                                         )
16  ACE AMERICAN INSURANCE               )       **(FIRST REQUEST)**
    COMPANY, a Pennsylvania corporation, et )
17  al.,                                 )
                                         )   Trial Date:   July 13, 2015
18              Defendants.              )   Judge:        Honorable Troy L. Nunley
                                         )   Court Room: 2
19  _____ )

20          PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE ("F.R.C.P.") 6(b)(1) and

21  LOCAL RULE ("L.R.") 144(a), IT IS HEREBY STIPULATED AND AGREED by and among

22  plaintiff, ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL"), and defendants, ACE

23  AMERICAN INSURANCE COMPANY ("ACE"), ASSURANCE COMPANY OF AMERICA

24  ("ASSURANCE"), CLARENDON AMERICA INSURANCE COMPANY ("CLARENDON"),

25  EVEREST NATIONAL INSURANCE COMPANY ("EVEREST"), GOLDEN EAGLE

26  INSURANCE COMPANY ("GOLDEN EAGLE"), ILLINOIS UNION INSURANCE COMPANY

27  ("ILLINOIS UNION"), MARYLAND CASUALTY COMPANY ("MARYLAND CASUALTY"),

28  NAVIGATORS INSURANCE COMPANY ("NAVIGATORS INSURANCE"), NAVIGATORS

                                        1

1  SPECIALTY INSURANCE COMPANY ("NAVIGATORS SPECIALTY"), NORTHERN

2  INSURANCE COMPANY OF NEW YORK ("NORTHERN INSURANCE"), PRAETORIAN

3  INSURANCE COMPANY ("PRAETORIAN"), STEADFAST INSURANCE COMPANY

4  ("STEADFAST"), VALIANT INSURANCE COMPANY ("VALIANT") and ZURICH

5  AMERICAN INSURANCE COMPANY ("ZURICH"), collectively hereinafter referred to as the

6  "Parties," through their respective attorneys, that that deadlines set forth in the Court's Pretrial

7  Scheduling Order for filing dispositive motions and the last day for the Court to hear dispositive

8  motions be extended by thirty-five (35) days.  The Parties are not seeking the extension of any other

9  deadlines in the Court's Pretrial Scheduling Order nor the July 13, 2015 trial date.

10       ST. PAUL has very recently reached an informal resolution of its claims as to the following

11  defendants:   ASSURANCE, EVEREST, MARYLAND CASUALTY, NAVIGATORS

12  INSURANCE, NAVIGATORS SPECIALTY, NORTHERN INSURANCE, STEADFAST,

13  VALIANT and ZURICH, and anticipates each of these defendants being dismissed from this action

14  shortly.  Thus, no dispositive motion(s) regarding ST. PAUL's claim(s) as to any of these particular

15  defendants are expected to be filed with the Court.[1]

16       ST. PAUL's claims against ACE, CLARENDON, GOLDEN EAGLE, ILLINOIS UNION

17  and PRAETORIAN continue to be litigated.  ACE, CLARENDON, GOLDEN EAGLE, ILLINOIS

18  UNION and PRAETORIAN are hereinafter referred to collectively as "DEFENDANTS."

19       ST. PAUL and DEFENDANTS have completed their factual discovery and made their

20  necessary expert disclosures(s).  The depositions of certain disclosed expert(s) are currently

21  scheduled for late-November 2014.  ST. PAUL remains in ongoing settlement discussions with

22  certain DEFENDANTS.  ST. PAUL and DEFENDANTS believe a thirty-five (35) day extension of

23  the dispositive motion deadlines will permit certain DEFENDANTS to resolve this action with ST.

24  PAUL without having to incur the costs necessary to prepare one or more dispositive motions over

25  the next thirty days.  ST. PAUL and DEFENDANTS further believe that a thirty-five (35) day

26  _____

27  [1] Counsel for ASSURANCE, EVEREST, MARYLAND CASUALTY, NAVIGATORS INSURANCE, NAVIGATORS
SPECIALTY, NORTHERN INSURANCE, STEADFAST, VALIANT and ZURICH are signatories to this Stipulation
merely due to the fact that their client(s) have not yet been dismissed and, therefore, take no formal position concerning

28  an extension of the current motion hearing schedule.

STIPULATION AND ORDER EXTENDING Case No. 2:12-cv-02820-TLN-CKD
DISPOSITIVE MOTION DEADLINES

1   extension of the dispositive motion deadlines is warranted so as to permit them the opportunity to

2   conclude currently scheduled expert deposition(s), evaluate the testimony given and determine its

3   use for purposes of supporting or opposing one or more dispositive motion(s) which are anticipated

4   to be filed by ST. PAUL and/or one or more DEFENDANTS.

5          Pursuant to the Court's "Pretrial Scheduling Order" (ECF Document No. 181), the current

6   motion hearing schedule regarding dispositive motions is as follows:

7         • Last day for the Court to hear dispositive motions:     01/29/15;

8         • Dispositive motions:      filed at least 8 weeks prior to
      hearing (*i.e.*, 12/04/14);

9

10        • Opposition and any cross-motion:      filed at least 5 weeks prior to
      hearing;

11        • Reply and opposition to cross-motion:      filed at least 3 weeks prior to
      hearing;

12

13        • Reply to cross-motion:      filed at least 1 week prior to
      hearing

14         As addressed, ST. PAUL and DEFENDANTS believe a thirty-five (35) day extension of the

15  dispositive motion deadlines will permit ST. PAUL to resolve its claims with certain

16  DEFENDANTS and without those parties having to incur the costs necessary to prepare one more

17  dispositive motions.  It will further permit the conclusion of expert depositions later this month and

18  afford ST. PAUL and/or one or more DEFENDANTS the time necessary to evaluate the testimony

19  and determine its use for purposes of supporting or opposing dispositive motions.  Therefore, the

20  Parties hereby stipulate and agree to the following extension of the current motion hearing schedule

21  regarding dispositive motions:

22        • The last day for the Court to hear dispositive motions shall be March 5, 2015;

23        • Dispositive Motion(s):      Filed at least 8 weeks prior to hearing;

24        • Opposition and any cross-motion:      Filed at least 5 weeks prior to hearing;

25        • Reply and opposition to cross-motion:      Filed at least 3 weeks prior to hearing;

26        • Reply to cross-motion:      Filed at least 1 week prior to hearing

27

28

STIPULATION AND ORDER EXTENDING Case No. 2:12-cv-02820-TLN-CKD
DISPOSITIVE MOTION DEADLINES

1       **IT IS SO STIPULATED AND AGREED**.

2

3   DATED:    November 4, 2014               THE AGUILERA LAW GROUP, APLC

4

5                                  By: _____/s/ Scott LaSalle_____

6                                  SCOTT LaSALLE
                                 Attorneys for Plaintiff, ST. PAUL

7                                  MERCURY INSURANCE COMPANY

8   DATED:   November 4, 2014               MORALES, FIERRO & REEVES

9

10                                    By: _____/s/ David A. Astengo_____

11                                  DAVID A. ASTENGO
                                 Attorneys for Defendants, ACE

12                                  AMERICAN INSURANCE COMPANY
                                 and ILLINOIS UNION INSURANCE

13                                  COMPANY

14   DATED:   November 4, 2014               DE LA PENA & HOLIDAY

15

16                                    By: _____/s/ Anderson Franco_____

17                                  ANDERSON FRANCO
                                 Attorneys for Defendants, CLARENDON

18                                  AMERICA INSURANCE COMPANY
                                 and PRAETORIAN INSURANCE

19                                  COMPANY

20   DATED:   November 4, 2014               KOLETSKY, MANCINI, FELDMAN

21                                  & MORROW

22

23                                    By: _____/s/ Stacy R. Goldscher_____

24                                  STACY R. GOLDSCHER
                                 Attorneys for Defendant, GOLDEN
                                 EAGLE INSURANCE COMPANY

25

26

27

28

---

STIPULATION AND ORDER EXTENDING Case No. 2:12-cv-02820-TLN-CKD
DISPOSITIVE MOTION DEADLINES

1   DATED:  November 4, 2014                    SINNOT, PUEBLA, CAMPAGNE &
2                                               CURET, APLC

3                                               By: _____/s/ Lindsey Morgan_____
4                                                   BLAISE STEPHEN CURET
                                                    LINDSEY MORGAN
5                                                   Attorneys for Defendants, ASSURANCE
                                                    COMPANY OF AMERICA; MARYLAND
6                                                   CASUALTY COMPANY; NORTHERN
                                                    INSURANCE COMPANY OF NEW YORK;
7                                                   STEADFAST INSURANCE COMPANY;
                                                    VALIANT INSURANCE COMPANY; and
8                                                   ZURICH AMERICAN INSURANCE
9                                                   COMPANY

10
11  DATED:  November 4, 2014                    SELMAN BREITMAN

12

13                                              By: _____/s/ Joel Morgan_____
14                                                  JOEL MORGAN
                                                    Attorneys for Defendants, EVEREST
15                                                  NATIONAL INSURANCE COMPANY
                                                    and EVEREST INDEMNITY INSURANCE
16                                                  COMPANY

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

---
5

STIPULATION AND ORDER EXTENDING Case No. 2:12-cv-02820-TLN-CKD
DISPOSITIVE MOTION DEADLINES

DATED:  November 4, 2014                          GORDON & REES, LLP


                                                  By:_____/s/ Timothy P. Lindell_____
                                                  TIMOTHY PAUL LINDELL
                                                  Attorneys for Defendants, NAVIGATORS
                                                  INSURANCE COMPANY and
                                                  NAVIGATORS SPECIALTY
                                                  INSURANCE COMPANY


## ORDER

        Pursuant to the stipulation of plaintiff, ST. PAUL, and defendants, ASSURANCE, ACE, CLARENDON, EVEREST, GOLDEN EAGLE, ILLINOIS UNION, MARYLAND CASUALTY, NAVIGATORS INSURANCE, NAVIGATORS SPECIALTY, NORTHEN INSURANCE, PRAETORIAN, STEADFAST, VALIANT and ZURICH, and good cause existing therefore,

        **IT IS HEREBYORDERED** as follows:

- The last day for the Court to hear dispositive motions shall be **March 12, 2015;**
- Dispositive Motion(s):                    Filed at least 8 weeks prior to hearing;
- Opposition and any cross-motion:          Filed at least 5 weeks prior to hearing;
- Reply and opposition to cross-motion:     Filed at least 3 weeks prior to hearing;
- Reply To cross-motion:                    Filed at least 1 week prior to hearing

        All other dates and deadlines set forth in the Court's Pretrial Scheduling Order (ECF Document No. 181) remain unchanged.


DATED:    November 6, 2014

                                                  _____
                                                  Troy L. Nunley
                                                  United States District Judge

STIPULATION AND ORDER EXTENDING Case No. 2:12-cv-02820-TLN-CKD
DISPOSITIVE MOTION DEADLINES