**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>　　　　　Defendants. | Case No. 2:12-CV-02820 TLN (CKD)<br><br>**STIPULATION TO DISMISS DEFENDANTS AMERICAN HOME CHARTIS, LEXINGTON AND NATIONAL UNION**<br><br>Complaint Filed:　November 16, 2012<br>Trial Date:　　　　July 13, 2015 |

　　　IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendants AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME"), CHARTIS SPECIALTY INSURANCE COMPANY f/k/a American International Specialty Lines Insurance Company ("CHARTIS"), LEXINGTON INSURANCE COMPANY ("LEXINGTON") and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ("NATIONAL UNION"), through their designated counsel that AMERICAN HOME, CHARTIS, LEXINGTON and NATIONAL UNION be and hereby are dismissed with prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

Plaintiff ST. PAUL and Defendants AMERICAN HOME, CHARTIS, LEXINGTON and NATIONAL UNION further stipulate to bear their own costs and fees.

Dated: November 14, 2014      **THE AGUILERA LAW GROUP, APLC**

　　　　　　　　　　　　　　　　　　　　/s/ Scott La Salle
　　　　　　　　　　　　　　　　A. Eric Aguilera
　　　　　　　　　　　　　　　　Scott La Salle
　　　　　　　　　　　　　　　　Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: November 14, 2014      **SELVIN WRAITH HALMAN LLP**

　　　　　　　　　　　　　　　　　　　　/s/ Gary R. Selvin
　　　　　　　　　　　　　　　　Gary R. Selvin
　　　　　　　　　　　　　　　　Attorneys for Defendants AMERICAN HOME ASSURANCE COMPANY; CHARTIS SPECIALTY INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

### ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendants AMERICAN HOME, CHARTIS, LEXINGTON and NATIONAL UNION, and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendants AMERICAN HOME, CHARTIS, LEXINGTON and NATIONAL UNION may be and hereby are dismissed with prejudice, with each party to bear their own costs and fees.

Dated: November 18, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　United States District Judge