**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>  Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; et al.,<br><br>  Defendants. | Case No. 2:12-CV-02820-TLN -CKD<br>Hon. Troy L. Nunley<br><br>**ORDER TO DISMISS ASSURANCE COMPANY OF AMERICA, MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, STEADFAST INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY, SEPARATELY AND AS SUCCESSOR TO VALIANT INSURANCE COMPANY**<br><br>Complaint Filed:   November 16, 2012<br>Trial Date:           July 13, 2015 |

  Pursuant to stipulation of Plaintiff ST. PAUL MERCURY INSURANCE COMPANY and Defendants ASSURANCE COMPANY OF AMERICA, MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, STEADFAST INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY, SEPARATELY AND AS SUCCESSOR TO VALIANT INSURANCE COMPANY  and good cause existing therefore,

1 **IT IS HEREBY ORDERED** that defendants ASSURANCE COMPANY OF AMERICA, MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, STEADFAST INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY, SEPARATELY AND AS SUCCESSOR TO VALIANT INSURANCE COMPANY only are dismissed with prejudice, with each party to bear their own costs and fees.

Dated:  December 23, 2014

_____
Troy L. Nunley
United States District Judge